**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

IVAN KRASNOPOLSKII,

Petitioner,

v.

JOHN DOE, Warden, Otay Mesa Detention Center, et al.,

Respondents.

Case No.: 3:26-cv-02201-RBM-SBC

**ORDER TO SHOW CAUSE**

On April 8, 2026, Petitioner Ivan Krasnopolskii filed a ("Petitioner") Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 ("Petition") (Doc. 1) and a Motion for Immediate Release or, in the Alternative, for a Bond Hearing (Doc. 2). Respondents filed a Notice of Related Case (Doc. 3), and this action was transferred to the undersigned on April 15, 2026 (Doc. 5).

Petitioner previously filed a separate petition writ of habeas corpus in which he raised the same claims as in the instant Petition. *See Krasnopolskii v. Warden, Otay Mesa Det. Ctr.*, Case No. 3:26-cv-00383-RBM-SBC (S.D. Cal. Jan. 21, 2026), ECF No. 1. On March 25, 2026, this Court granted in part and denied in part Petitioner's previously filed petition. *See id.*, ECF No. 6.

A habeas petition is subject to summary dismissal when it is repetitive or duplicative. *See Salas v. Att'y Gen.*, No. 2:23-cv-01118-TL-TLF, 2023 WL 5826738, at *2 (W.D.

Wash. Aug. 21, 2023). In this case, the instant Petition provides no new information or grounds for relief that were not raised in the prior petition. Because the prior petition has already been fully adjudicated, Petitioner is **ORDERED TO SHOW CAUSE on or before May 15, 2026** why this action should not be dismissed as duplicative.

**IT IS SO ORDERED**.

DATE: April 24, 2026

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE